

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00203-CV

G. Ted **BALLARD**,
Appellant

v.

**WULFE INVESTMENTS LTD**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19017
Honorable Larry Noll, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of this appeal are taxed against Appellant G. Ted Ballard.

SIGNED April 24, 2013.

_____
Patricia O. Alvarez, Justice